STATE OF NEW JERSEY v. THOMAS T. WEATHERLY.

April 10, 1979. Petition for certification denied.

THOMAS BOLGER v. ZONING BOARD OF ADJUSTMENT OF THE BOROUGH OF BOGOTA.

April 10, 1979. Petition for certification is dismissed as having been improvidently granted.

NEW JERSEY DEPT. OF CORRECTIONS v. JESUS TORRES.

April 10, 1979. Petition for certification granted. (See 164 *N.J.Super.* 421)

FRANCES SWINICK v. W. T. GRANT COMPANY.

April 23, 1979. Petition for certification is dismissed as moot.

KATHRYN GUARDINO v. DR. JOSEPH CASTELLANO.

April 24, 1979. Petition for certification is dismissed as having been improvidently granted. (See 72 *N.J.* 462)